

**NUMBER 13-11-00265-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**EAST RIO HONDO WATER SUPPLY CORPORATION,**     **APPELLANT,**

**v.**

**REY ESQUIVEL,**                                                    **APPELLEE.**

---

**On Appeal from the 444th District Court
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, East Rio Hondo Water Supply Corporation, filed an appeal from a judgment entered by the 444th District Court of Cameron County, Texas, in cause number 2010-03-1739-H. Appellant has filed a motion to dismiss the appeal on grounds that it no longer wishes to pursue its appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of July, 2011.